# EXHIBIT 1





EXHIBIT 1
PAGE 31





EXHIBIT  1
PAGE  33

# EXHIBIT 2

Int. Cls.: 9, 16, 35, 36, 37, 38, 41, and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 103, 104, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,886,813
Registered Sep. 21, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VERIZON

VERIZON TRADEMARK SERVICES LLC (VIRGINIA LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
8TH FLOOR
ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY EQUIPMENT, COMPONENTS, SUPPLIES AND SYSTEMS, NAMELY, PAGERS, TELEPHONES, COMPUTER PROGRAMS, NAMELY, FINANCIAL ACCOUNTING SYSTEM SOFTWARE, SOFTWARE USED FOR DETECTING AND PREVENTING FRAUD, SOFTWARE USED FOR THE PROVISION OF ONLINE INFORMATION SERVICES, NETWORK MANAGEMENT SOFTWARE, COMPUTER PROXY SOFTWARE FOR USE WITH OTHER SOFTWARE PROGRAMS, BILLING ANALYSIS SOFTWARE, AND SOFTWARE FOR USE IN NETWORK ACCESS CONTROL, AND CREATING AND MAINTAINING FIREWALLS; COMPUTER PROGRAMS FOR ACCESSING A GLOBAL COMPUTER NETWORK AND INTERACTIVE COMPUTER COMMUNICATIONS NETWORK; MACHINE-READABLE, MAGNETICALLY ENCODED CARDS, NAMELY, TELEPHONE CALLING CARDS AND CREDIT CARDS; BLANK SMART CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: PRINTED MATTER, NAMELY, TELEPHONE DIRECTORIES, BOOKS, NEWSLETTERS, PAMPHLETS, BROCHURES, PRINTED SHEETS AND CARDS, AND INSTRUCTIONAL AND TEACHING MATERIALS ALL IN THE FIELDS OF TELECOMMUNICATIONS, INFORMATION TECHNOLOGY, SAFETY, NEWS, SPORTS, ENTERTAINMENT, CULTURE, BUSINESS AND FINANCE, AND TRAVEL; NON-MAGNETICALLY ENCODED PAPER AND PLASTIC CARDS FOR USE AS TELE-

PHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE DIRECTORY SERVICES; ADVERTISING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS THROUGH PRINTED ADVERTISING, PRINTED DIRECTORIES, THROUGH ENCODED MEDIA AND THROUGH THE DISSEMINATION OF PROMOTIONAL MATERIALS; BUSINESS MANAGEMENT SERVICES, EXCLUDING AGRICULTURAL BUSINESS MANAGEMENT SERVICES, AND CONSULTING SERVICES IN THE FIELD OF ADVERTISING; BUSINESS INFORMATION SERVICES IN THE FIELD OF TELECOMMUNICATIONS, ADVERTISING, INFORMATION TECHNOLOGY, MARKETING AND RELATED FIELDS; BILLING SERVICES; DATA PROCESSING SERVICES; RETAIL STORE SERVICES, MAIL ORDER CATALOG SERVICES, AND ELECTRONIC ORDERING SERVICES ALL IN THE FIELDS OF TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS; OFFICE EQUIPMENT LEASING SERVICES; PROVIDING TELEPHONE AND INTERNET ADDRESS DIRECTORY INFORMATION VIA TELEPHONE, AND GLOBAL COMMUNICATIONS NETWORKS, PROVIDING INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATION NETWORKS IN THE FIELD OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: CREDIT CARD SERVICES; TELEPHONE CALLING-CARD SERVICES; PROVIDING INFORMATION VIA A GLOBAL COMMUNICATIONS NETWORK IN THE FIELD OF FINANCE; FINANCIAL SPONSORSHIP OF SPORTS, EDUCATIONAL

EXHIBIT   2
PAGE   34

Int. Cls.: 9, 38, and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 104, and 107

**United States Patent and Trademark Office**

Reg. No. 3,085,712

Registered Apr. 25, 2006

# TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VERIZON

VERIZON TRADEMARK SERVICES LLC (VIRGINIA LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
8TH FLOOR
ARLINGTON, VA 22201

FOR: TELEVISIONS AND TELEVISION PERIPHERAL EQUIPMENT, NAMELY, SET BOXES AND REMOTE CONTROL UNITS FOR INTERACTIVE AND NON-INTERACTIVE USE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

FOR: TELEVISION BROADCASTING SERVICES; AND TRANSMISSION AND BROADCAST OF AUDIO AND VIDEO PROGRAMMING, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING NEWS, ENTERTAINMENT AND GENERAL INFORMATION VIA TELEVISION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-23-2005; IN COMMERCE 5-23-2005.

SN 75-799,005, FILED 9-10-1999.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY

EXHIBIT 2
PAGE 35

# United States of America

## United States Patent and Trademark Office

# VERIZON

**Reg. No. 3,698,653**
Registered Oct. 20, 2009

**Int. Cls.: 36 and 41**

**SERVICE MARK**
**PRINCIPAL REGISTER**

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: FINANCIAL SPONSORSHIP OF GOLF TOURNAMENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-10-2001; IN COMMERCE 5-10-2001.

FOR: ENTERTAINMENT IN THE NATURE OF GOLF TOURNAMENTS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-10-2001; IN COMMERCE 5-10-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,879,802, 3,077,271 AND OTHERS.

SER. NO. 77-706,645, FILED 4-3-2009.

JOHN SCHUYLER YARD, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 2
PAGE 36

# United States of America

## United States Patent and Trademark Office

# VERIZON

**Reg. No. 3,736,663**
Registered Jan. 12, 2010

**Int. Cls.: 18, 24, 25 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: SPORTS BAGS; UMBRELLAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-2003; IN COMMERCE 0-0-2003.

FOR: GOLF TOWELS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

FOR: CLOTHING, NAMELY, CAPS, JACKETS, SHIRTS, AND VESTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

FOR: GOLF EQUIPMENT, NAMELY, DIVOT REPAIR TOOLS, GOLF BALL MARKERS, GOLF BALLS, AND GOLF TEES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-2000; IN COMMERCE 0-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,879,802, 3,077,271 AND OTHERS.

SER. NO. 77-756,160, FILED 6-10-2009.

MATTHEW PAPPAS, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT __2__
PAGE __37__

Int. Cls.: 9, 16, 35, 36, 37, 38, 41, and 42

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 103, 104, 106, and 107

**United States Patent and Trademark Office**

Reg. No. 2,879,802
Registered Aug. 31, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD, 8TH FLOOR
ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFOR-
MATION TECHNOLOGY EQUIPMENT, COMPO-
NENTS, SUPPLIES AND SYSTEMS, NAMELY,
PAGERS, TELEPHONES, COMPUTER PROGRAMS,
NAMELY, FINANCIAL ACCOUNTING SYSTEM
SOFTWARE, SOFTWARE USED FOR DETECTING
AND PREVENTING FRAUD, SOFTWARE USED
FOR THE PROVISION OF ONLINE INFORMATION
SERVICES, NETWORK MANAGEMENT SOFT-
WARE, COMPUTER PROXY SOFTWARE FOR USE
WITH OTHER SOFTWARE PROGRAMS, ALARM
MONITORING SOFTWARE, BILLING ANALYSIS
SOFTWARE, AND SOFTWARE FOR USE IN NET-
WORK ACCESS CONTROL AND CREATING AND
MAINTAINING FIREWALLS; COMPUTER PRO-
GRAMS FOR ACCESSING A GLOBAL COMPUTER
NETWORK AND INTERACTIVE COMPUTER COM-
MUNICATIONS NETWORK; MACHINE-READ-
ABLE, MAGNETICALLY ENCODED CARDS,
NAMELY TELEPHONE CALLING CARDS AND
CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: PRINTED MATTER, NAMELY, TELE-
PHONE DIRECTORIES, BOOKS, NEWSLETTERS,
PAMPHLETS, BROCHURES, PRINTED SHEETS
AND CARDS, AND INSTRUCTIONAL AND
TEACHING MATERIALS ALL IN THE FIELDS OF
TELECOMMUNICATIONS, INFORMATION TECH-
NOLOGY, SAFETY, NEWS, SPORTS, ENTERTAIN-
MENT, CULTURE, BUSINESS, FINANCE, AND

TRAVEL; NON-MAGNETICALLY ENCODED PA-
PER AND PLASTIC CARDS FOR USE AS TELE-
PHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2,
5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: TELEPHONE DIRECTORY SERVICES; AD-
VERTISING SERVICES, NAMELY, PROMOTING
THE GOODS AND SERVICES OF OTHERS
THROUGH PRINTED ADVERTISING, PRINTED
DIRECTORIES, THROUGH ENCODED MEDIA
AND THROUGH THE DISSEMINATION OF PRO-
MOTIONAL MATERIALS; BUSINESS MANAGE-
MENT SERVICES, EXCLUDING AGRICULTURAL
BUSINESS MANAGEMENT SERVICES, AND CON-
SULTING SERVICES IN THE FIELD OF ADVERTIS-
ING; BUSINESS INFORMATION SERVICES IN THE
FIELD OF TELECOMMUNICATIONS, ADVERTIS-
ING, INFORMATION TECHNOLOGY, MARKET-
ING AND RELATED FIELDS; BILLING SERVICES;
DATA PROCESSING SERVICES; RETAIL STORE
SERVICES, AND ELECTRONIC ORDERING SERVI-
CES IN THE FIELDS OF TELECOMMUNICATION
AND INFORMATION TECHNOLOGY PRODUCTS;
OFFICE EQUIPMENT LEASING SERVICES; PRO-
VIDING TELEPHONE DIRECTORY INFORMA-
TION VIA TELEPHONE, AND GLOBAL
COMMUNICATIONS NETWORKS; PROVIDING IN-
FORMATION VIA TELEPHONE AND GLOBAL
COMMUNICATIONS NETWORKS IN THE FIELD
OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND
102).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

EXHIBIT   2
PAGE   38

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 3,657,287

Registered July 21, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# VERIZON WIRELESS

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: MAGNETIC CODED GIFT CARDS, IN
CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,884,027, 3,077,271
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "WIRELESS", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-638,153, FILED 12-22-2008.

CHRISTINE BLOMQUIST, EXAMINING ATTOR-
NEY

EXHIBIT 2
PAGE 39

Int. Cls.: 9, 16, 35, 36, and 38

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, and 104

Reg. No. 3,077,271

## United States Patent and Trademark Office

Registered Apr. 4, 2006

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## VERIZON WIRELESS

VERIZON TRADEMARK SERVICES LLC (DELAWARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
8TH FLOOR
ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY EQUIPMENT, COMPONENTS, SUPPLIES AND SYSTEMS, NAMELY, PAGERS AND TELEPHONES; AND MACHINE-READABLE, MAGNETICALLY ENCODED CARDS, NAMELY TELEPHONE CALLING CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: NON-MAGNETICALLY ENCODED PAPER AND PLASTIC CARDS FOR USE AS TELEPHONE CALLING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE DIRECTORY SERVICES; RETAIL STORE SERVICES, MAIL-ORDER CATALOG SERVICES, AND ELECTRONIC ORDERING SERVICES IN THE FIELDS OF TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS; PROVIDING TELEPHONE AND INTERNET ADDRESS DIRECTORY INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATIONS NETWORKS IN THE FIELD OF BUSINESS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELEPHONE CALLING-CARD SERVICES; PROVIDING INFORMATION VIA THE TELEPHONE AND THE GLOBAL COMMUNICATIONS NETWORKS IN THE FIELD OF FINANCE; FINANCIAL SPONSORSHIP OF SPORTS, EDUCATIONAL AND ENTERTAINMENT PROGRAMS AND EVENTS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

FOR: TELECOMMUNICATIONS AND INFORMATION TECHNOLOGY SERVICES, NAMELY TRANSMISSION OF VOICE, DATA, IMAGES, AUDIO, VIDEO, AND INFORMATION VIA TELEPHONE AND GLOBAL COMMUNICATION NETWORKS; PERSONAL COMMUNICATIONS SERVICES; PAGER SERVICES; ELECTRONIC MAIL SERVICES; PROVIDING MULTIPLE-USER ACCESS TO A GLOBAL COMMUNICATIONS NETWORK; TRANSMISSION AND BROADCAST OF AUDIO AND VIDEO PROGRAMMING; CONSULTING SERVICES IN THE FIELD OF TELECOMMUNICATIONS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 4-4-2000; IN COMMERCE 4-4-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

SN 76-977,975, FILED 3-14-2000.

ZHALEH DELANEY, EXAMINING ATTORNEY

EXHIBIT 2
PAGE 40

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,660,522

Registered July 28, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELA-WARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: RETAIL STORE SERVICES FEATURING TELECOMMUNICATION AND INFORMATION TECHNOLOGY PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2000; IN COMMERCE 5-0-2000.

OWNER OF U.S. REG. NOS. 2,884,027, 3,077,271 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VERIZON WIRELESS" APPEARING IN A STYLIZED FORM.

SER. NO. 77-638,092, FILED 12-22-2008.

CHRISTINE BLOMQUIST, EXAMINING ATTOR-NEY

EXHIBIT 2
PAGE 41

Int. Cls.: **9 and 35**

Prior U.S. Cls.: **21, 23, 26, 36, 38, 100, 101 and 102**

## United States Patent and Trademark Office

Reg. No. **3,657,677**
Registered July 21, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: MAGNETICALLY ENCODED DEBIT
CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-23-2007; IN COMMERCE 10-23-2007.

FOR: PROVIDING INCENTIVE AWARD PRO-
GRAMS FOR CUSTOMERS AND EMPLOYEES
THROUGH THE DISTRIBUTION OF PREPAID
STORED VALUE CARDS FOR THE PURPOSE OF

PROMOTING AND REWARDING LOYALTY, IN
CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-23-2007; IN COMMERCE 10-23-2007.

THE MARK CONSISTS OF THE WORDS "VER-
IZON WIRELESS" APPEARING IN A STYLIZED
FORM, ABOVE WHICH APPEARS A HIGHLY STY-
LIZED COMBINATION OF TWO ADJOINING
LINES FORMING AN ANGLE.

SER. NO. 77-650,473, FILED 1-15-2009.

MICHAEL SOUDERS, EXAMINING ATTORNEY

EXHIBIT 2
PAGE 42

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

United States Patent and Trademark Office

Amended

Reg. No. 2,884,027

Registered Sep. 14, 2004

OG Date Oct. 4, 2005

## SERVICE MARK
## PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELAWARE LTD LIAB CO) 1320 NORTH COURT HOUSE ROAD, 8TH FLOOR ARLINGTON, VA 22201

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VERIZON WIRELESS" APPEARING IN A STYLIZED FORM, ABOVE WHICH APPEARS A HIGHLY STYLIZED COMBINATION OF TWO ADJOINING LINES FORMING AN ANGLE.

FOR: TELECOMMUNICATIONS SERVICES, NAMELY, CELLULAR TELEPHONE SERVICES; LEASING OF TELECOMMUNICATIONS EQUIPMENT, COMPONENTS, SYSTEMS AND SUPPLIES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 5-7-2000; IN COMMERCE 5-7-2000.

SER. NO. 76-976,715, FILED 5-11-2000.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Oct. 4, 2005.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

EXHIBIT 2
PAGE 43

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,077,269

Registered Apr. 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB CO)

1320 NORTH COURT HOUSE ROAD, 8TH FLOOR

ARLINGTON, VA 22201

FOR: TELECOMMUNICATIONS EQUIPMENT, NAMELY, TELEPHONES; MAGNETICALLY ENCO-DED PREPAID TELEPHONE CALLING CARDS AND CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-7-2000; IN COMMERCE 5-7-2000.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORDS "VER-IZON WIRELESS" APPEARING IN A STYLIZED FORM, ABOVE WHICH APPEARS A HIGHLY STY-LIZED COMBINATION OF TWO ADJOINING LINES FORMING AN ANGLE.

SN 76-977,945, FILED 5-11-2000.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-NEY

EXHIBIT 2
PAGE 44

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,837,985**

**Registered Aug. 24, 2010**

**Int. Cls.: 35 and 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
1320 NORTH COURT HOUSE ROAD
ALEXANDRIA, VA 22201

FOR: PROVIDING TELEPHONE DIRECTORY INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: TELECOMMUNICATION SERVICES, NAMELY, CELLULAR TELEPHONE SERVICES; LEASING OF TELECOMMUNICATIONS EQUIPMENT, COMPONENTS, SYSTEMS AND SUPPLIES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

OWNER OF U.S. REG. NOS. 2,879,802, 2,890,316 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-423,214, FILED 5-21-2004.

MARK RADEMACHER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

EXHIBIT 2
PAGE 45

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,841,493**
**Registered Aug. 31, 2010**

**Int. Cls.: 16, 35 and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: PREPAID TELEPHONE CALLING CARDS NOT MAGNETICALLY ENCODED, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: PROVIDING TELEPHONE DIRECTORY INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

FOR: TELECOMMUNICATION SERVICES, NAMELY, CELLULAR TELEPHONE SERVICES; LEASING OF TELECOMMUNICATIONS EQUIPMENT, COMPONENTS, SYSTEMS AND SUPPLIES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-30-2000; IN COMMERCE 6-30-2000.

OWNER OF U.S. REG. NOS. 2,879,802, 2,890,316 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

SER. NO. 78-423,286, FILED 5-21-2004.

MARK RADEMACHER, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

EXHIBIT 2
PAGE 46

# EXHIBIT 3



EXHIBIT 3
PAGE 47



EXHIBIT 3
PAGE ___48



EXHIBIT   3
PAGE ___



EXHIBIT 3
PAGE 50



EXHIBIT 3
PAGE 21



EXHIBIT 3
PAGE 52



EXHIBIT 3
PAGE 33



EXHIBIT ___3___
PAGE ___54___



EXHIBIT   3
PAGE   55

# EXHIBIT 4

Int. Cls.: 16 and 41

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101, and 107

Reg. No. 3,064,237

## United States Patent and Trademark Office

Registered Feb. 28, 2006

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

## VZ

VERIZON TRADEMARK SERVICES LLC (DELA-WARE LTD LIAB JT ST CO)

1320 NORTH COURT HOUSE ROAD

ARLINGTON, VA 22201

FOR: HOUSE ORGAN NEWSLETTER IN THE FIELD OF TELECOMMUNICATIONS PRODUCTS AND SERVICES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-4-2000; IN COMMERCE 12-4-2000.

FOR: COMPUTER SERVICES, NAMELY, PRO-VIDING AN ONLINE HOUSE ORGAN NEWSLET-TER IN THE FIELD OF TELECOMMUNICATIONS PRODUCTS AND SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-4-2000; IN COMMERCE 12-4-2000.

SN 78-201,752, FILED 1-9-2003.

BRIDGETT SMITH, EXAMINING ATTORNEY

EXHIBIT  4
PAGE  56

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 3,490,085

Registered Aug. 19, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

## VZ

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB CO)

1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: TELEPHONE COMMUNICATION SERVI-
CES, NAMELY, THE TRANSMISSION OF VOICE,
VIDEO AND DATA; PROVIDING MULTIPLE-USER

ACCESS TO A GLOBAL COMMUNICATIONS NET-
WORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-3-2000; IN COMMERCE 8-8-2007.

SN 78-195,822, FILED 12-18-2002.

STACY WAHLBERG, EXAMINING ATTORNEY

EXHIBIT  4
PAGE  57

# United States of America

## United States Patent and Trademark Office

# VZ NAVIGATOR

**Reg. No. 3,720,714**
Registered Dec. 8, 2009

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
8TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

**Int. Cls.: 9 and 39**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

FOR: DOWNLOADABLE SOFTWARE TO ENABLE THE TRANSMISSION OF MAPPING, NAVIGATION, TRAFFIC, WEATHER AND POINT-OF-INTEREST INFORMATION TO TELECOMMUNICATIONS NETWORKS, INTERNET WEBSITES AND CELLULAR TELE-PHONES; SATELLITE NAVIGATIONAL SYSTEM, NAMELY, A GLOBAL POSITIONING SYSTEM (GPS), IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-30-2006; IN COMMERCE 1-30-2006.

FOR: PROVIDING INFORMATION VIA TELECOMMUNICATION NETWORKS AND CEL-LULAR TELEPHONES, NAMELY, VEHICLE ROUTING, NAVIGATION, GLOBAL POSITION-ING INFORMATION; INFORMATION SERVICES REGARDING TRAFFIC, NAMELY, TRAFFIC CONGESTION, AND TRAVEL, NAMELY, GAS STATION AND POINT-OF-IN-TEREST INFORMATION; PROVIDING A WEBSITE AND WEBSITE LINKS REGARDING GEOGRAPHICAL INFORMATION, MAP IMAGES AND TRIP ROUTING, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 1-30-2006; IN COMMERCE 1-30-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "NAVIGATOR", APART FROM THE MARK AS SHOWN.

SER. NO. 77-517,648, FILED 7-9-2008.

KATHERINE CHANG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



EXHIBIT ___4___
PAGE ___58___

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,973,813
Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## VZACCESS

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SER-
VICES, NAMELY, PROVIDING VOICE, TEXT,
DATA, PICTURES, MUSIC AND VIDEO VIA WIRE-
LESS NETWORKS BY MEANS OF WIRELESS DE-
VICES; ELECTRONIC MAIL SERVICES; INSTANT
MESSAGING SERVICES; VOICE MAIL SERVICES;
CALLER IDENTIFICATION SERVICES; PROVID-
ING ACCESS TO CALENDAR SERVICES AND

PERSONALIZED ADDRESS BOOKS; AND PROVID-
ING ACCESS TO A GLOBAL COMMUNICATIONS
NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,775, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

EXHIBIT ___
PAGE ___ 59

**Int. Cls.: 9 and 35**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 102**

**Reg. No. 3,649,847**

## United States Patent and Trademark Office

Registered July 7, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# VZAPPZONE

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LIMITED LIABILITY COMPANY)
8TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: DOWNLOADABLE SOFTWARE THAT
PROVIDES WEB-BASED ACCESS TO APPLICA-
TIONS AND SERVICES THROUGH A PORTAL
INTERFACE FOR MOBILE DEVICES, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-24-2007; IN COMMERCE 7-24-2007.

FOR: RETAIL STORE SERVICES, AVAILABLE
THROUGH MOBILE PHONES, FEATURING

DOWNLOADABLE APPLICATIONS FOR MOBILE
PHONES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-24-2007; IN COMMERCE 7-24-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,490,085.

SER. NO. 77-517,661, FILED 7-9-2008.

KATHERINE CHANG, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 60

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

**Reg. No. 2,973,814**
Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## VZEMAIL

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SER-
VICES, NAMELY, PROVIDING VOICE, TEXT,
DATA, PICTURES, MUSIC AND VIDEO VIA WIRE-
LESS NETWORKS BY MEANS OF WIRELESS DE-
VICES; ELECTRONIC MAIL SERVICES; INSTANT
MESSAGING SERVICES; VOICE MAIL SERVICES;
CALLER IDENTIFICATION SERVICES; PROVID-
ING ACCESS TO CALENDAR SERVICES AND

PERSONALIZED ADDRESS BOOKS; AND PROVID-
ING ACCESS TO A GLOBAL COMMUNICATIONS
NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND
104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,790, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-
NEY

EXHIBIT 4
PAGE 61

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

**Reg. No. 3,083,568**
Registered Apr. 18, 2006

### SERVICE MARK
### PRINCIPAL REGISTER

# VZGLOBAL

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB CO)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATIONS SER-
VICES, NAMELY, TRANSMISSION OF VOICE,
DATA, IMAGES, AUDIO, VIDEO, AND INFORMA-
TION VIA A COMMUNICATIONS NETWORK , IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-367,246, FILED 2-12-2004.

RONALD MCMORROW, EXAMINING ATTORNEY

EXHIBIT Y
PAGE 62

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

## United States Patent and Trademark Office

Reg. No. 2,973,811
Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## VZVOICE

VERIZON TRADEMARK SERVICES LLC (DELA-WARE CORPORATION)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: WIRELESS TELECOMMUNICATION SERVICES, NAMELY, PROVIDING VOICE, TEXT, DATA, PICTURES, MUSIC AND VIDEO VIA WIRELESS NETWORKS BY MEANS OF WIRELESS DEVICES; ELECTRONIC MAIL SERVICES; INSTANT MESSAGING SERVICES; VOICE MAIL SERVICES; CALLER IDENTIFICATION SERVICES; PROVIDING ACCESS TO CALENDAR SERVICES AND PERSONALIZED ADDRESS BOOKS; AND PROVIDING ACCESS TO A GLOBAL COMMUNICATIONS NETWORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 9-29-2003; IN COMMERCE 9-29-2003.

SN 78-303,738, FILED 9-22-2003.

DOMINIC J. FERRAIUOLO, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 63

**Int. Cl.: 38**

**Prior U.S. Cls.: 100, 101, and 104**

## United States Patent and Trademark Office

**Reg. No. 3,319,338**
Registered Oct. 23, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

## VZW

VERIZON TRADEMARK SERVICES LLC (DELA-
WARE LTD LIAB JT ST CO)
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: TELEPHONE COMMUNICATION SERVI-
CES, NAMELY, THE TRANSMISSION OF VOICE,
VIDEO AND DATA; PROVIDING MULTIPLE-USER

ACCESS TO A GLOBAL COMMUNICATIONS NET-
WORK , IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-15-2000; IN COMMERCE 8-15-2000.

SN 78-195,948, FILED 12-18-2002.

KHANH LE, EXAMINING ATTORNEY

Int. Cls.: 9 and 35

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,657,302
Registered July 21, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# VZW TONES

VERIZON TRADEMARK SERVICES LLC (DELAWARE LIMITED LIABILITY COMPANY)
9TH FLOOR
1320 NORTH COURT HOUSE ROAD
ARLINGTON, VA 22201

FOR: DOWNLOADABLE SOFTWARE FOR PREVIEW AND MANAGEMENT OF RING TONES FOR WIRELESS DEVICES; DOWNLOADABLE RING TONES VIA THE INTERNET AND WIRELESS DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-25-2005; IN COMMERCE 5-25-2005.

FOR: ON-LINE RETAIL STORE SERVICES FEATURING DOWNLOADABLE RING TONES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-25-2005; IN COMMERCE 5-25-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,319,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TONES", APART FROM THE MARK AS SHOWN.

SER. NO. 77-639,157, FILED 12-23-2008.

CHRISTINE BLOMQUIST, EXAMINING ATTORNEY

EXHIBIT 4
PAGE 65