# EXHIBIT 9





**homeverison.net on 2007-05-31 - Domain History**

| Enter a domain name to get its history |
| --- |

**Domain Name:** homeverison.net  Search

‹ Previous                                                                    Next ›

**Domain:** homeverison.net · Domain History
**Cache Date:** 2007-05-31
**Registrar:** MONIKER ONLINE SERVICES, INC.
**Server:** whois.moniker.com
**Created:** 2007-05-18
**Expires:** 2008-05-16
**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with
hostmaster@domainparkltd.com

```
Domain Name: HOMEVERISON.NET

Registrant [344946]:
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0615
        WS

Administrative Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0615
        WS
        Phone: +1.2676535381

Billing Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0615
        WS
        Phone: +1.2676535381

Technical Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0615
        WS
        Phone: +1.2676535381

Domain servers in listed order:

        DNS1.TRELLIAN.COM
        DNS2.TRELLIAN.COM          209.132.99.10

        Record created on:     2007-05-18 15:04:58.6
        Database last updated on: 2007-05-18 15:04:59.407
        Domain Expires on:     2008-05-18 15:05:00.6
```



EXHIBIT  9
PAGE _____ 117



 **DomainTools**

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | By IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more» |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

### myhomeverizon.net on 2007-11-30 - Domain History

**Enter a domain name to get its history**

Domain Name: [myhomeverizon.net]  [Search]

| | |
|---|---|
| **Domain:** | **myhomeverizon.net** · Domain History |
| **Cache Date:** | 2007-11-30 |
| **Registrar:** | MONIKER ONLINE SERVICES, INC. |
| **Server:** | whois.moniker.com |
| **Created:** | 2006-11-16 |
| **Updated:** | 2007-11-19 |
| **Expires:** | 2008-11-18 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with hostmaster@domainparkltd.com |

```
Domain Name: MYHOMEVERIZON.NET

Registrant [344946]:
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS

Administrative Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Billing Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Technical Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Domain servers in listed order:
        PNS1.TRELLIAN.COM          216.188.26.233
        PNS2.TRELLIAN.COM          209.132.99.10

        Record created on:         2006-11-18 08:16:35.0
        Database last updated on:  2006-12-17 07:44:26.227
        Domain Expires on:         2007-11-18 08:16:38.0
```

EXHIBIT ___9___
PAGE ___118___







## vderizon.net on 2010-05-23 - Domain History



EXHIBIT 9
PAGE 119





| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Type Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## vedrizon.net on 2007-12-15 - Domain History



Enter a domain name to get its history

**Domain Name:** vedrizon.net  [Search]

Next »

**Domain:** vedrizon.net · Domain History
**Cache Date:** 2007-12-15
**Registrar:** MONIKER ONLINE SERVICES, INC.
**Server:** whois.moniker.com
**Created:** 2007-03-24
**Updated:** 2007-08-15
**Expires:** 2008-03-24
**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with.
hostmaster@domainparkltd.com

Domain Name: VEDRIZON.NET

Registrant [344946]:
        Domain Park Limited
        Vaea Street
        Level 2, Loteuau Centre
        Apia
        Samoa
        0815
        WS

Administrative Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Loteuau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Billing Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Loteuau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Technical Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Loteuau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Domain servers in listed order:

        PNS1.TRELLIAN.COM         216.108.26.233
        PNS2.TRELLIAN.COM         209.132.99.10

        Record created on:        2007-03-24 05:22:07.0
        Database last updated on: 2007-08-15 20:28:15.5
        Domain Expires on:        2008-03-24 05:22:07.0

EXHIBIT __9__
PAGE __120__





## veirizon.net on 2010-10-21 - Domain History



EXHIBIT  9
PAGE ___121___





## veri9zon.net on 2008-01-13 - Domain History



Enter a domain name to get its history

Domain Name: [veri9zon.net]  Search

Next »

| | |
|---|---|
| **Domain:** | **veri9zon.net** - Domain History |
| **Cache Date:** | 2008-01-13 |
| **Registrar:** | MONIKER ONLINE SERVICES, INC. |
| **Server:** | whois.moniker.com |
| **Created:** | 2007-11-13 |
| **Updated:** | 2007-11-13 |
| **Expires:** | 2008-11-13 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with. hostmaster@domainparkltd.com |

```
Domain Name: VERI9ZON.NET

Registrant [749612]:
            Domain Park Limited
            Markgrafenstr. 56
            Suite 131
            Berlin
            n/a
            10117
            DE

Administrative Contact [749612]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Markgrafenstr. 56
            Suite 131
            Berlin
            n/a
            10117
            DE
            Phone: +1.2676535301

Billing Contact [749612]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Markgrafenstr. 56
            Suite 131
            Berlin
            n/a
            10117
            DE
            Phone: +1.2676535301

Technical Contact [749612]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Markgrafenstr. 56
            Suite 131
            Berlin
            n/a
            10117
            DE
            Phone: +1.2676535301

Domain servers in listed order:

            PNS1.TRELLIAN.COM        216.188.26.233
            PNS2.TRELLIAN.COM        209.132.99.10

            Record created on:       2007-11-13 18:53:35.6
            Database last updated on: 2007-11-13 18:53:35.9
            Domain Expires on:       2008-11-13 18:53:36.0
```

EXHIBIT 9
PAGE 122





### veriaoncentral.com on 2010-11-23 - Domain History



EXHIBIT 9
PAGE 123





## verioncenter.com on 2010-12-06 - Domain History



**Domain Name:** verioncenter.com   [Search]

« Previous                                                                                                          Next »

**Domain:** verioncenter.com · Domain History
**Cache Date:** 2010-12-06
**Registrar:** ABOVE.COM PTY LTD.
**Server:** whois.above.com
**Created:** 2009-04-30
**Updated:** 2010-06-03
**Expires:** 2012-04-30
**Reverse Whois:** Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
verioncenter.com@privacy.above.com

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: VERIONCENTER.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verioncenter.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2009-05-01
    Expiration Date: 2012-05-01

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verioncenter.com@privacy.above.com
        Tel +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verioncenter.com@privacy.above.com
        Tel +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193

EXHIBIT __9__
PAGE __124__





## verisoncable.com on 2010-11-21 - Domain History



Enter a domain name to get its history

**Domain Name:** verisoncable.com   Search

« Previous                                              Next »

**Domain:** verisoncable.com - Domain History
**Cache Date:** 2010-11-21
**Registrar:** ABOVE.COM PTY LTD.
**Server:** whois.above.com
**Created:** 2007-02-14
**Updated:** 2010-02-09
**Expires:** 2011-02-14
**Reverse Whois:** Click on an email address we found in this whois record
                    to see which other domains the registrant is associated with:
                    verisoncable.com@privacy.above.com

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact +613.95897946

    Domain Name: VERISONCABLE.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verisoncable.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2007-02-14
    Expiration Date: 2011-02-14

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verisoncable.com@privacy.above.com
        Tel +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verisoncable.com@privacy.above.com
        Tel +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU

EXHIBIT   9
PAGE ___125___





**verisons.net on 2008-02-27 - Domain History**



EXHIBIT ___9___
PAGE ___126___






## verizaon.net on 2010-11-15 - Domain History

Enter a domain name to get its history

Domain Name: verizaon.net    [Search]

« Previous                                                    Next »

| | |
|---|---|
| **Domain:** | verizaon.net · Domain History |
| **Cache Date:** | 2010-11-15 |
| **Registrar:** | ABOVE.COM PTY LTD. |
| **Server:** | whois.above.com |
| **Created:** | 2008-02-25 |
| **Updated:** | 2010-11-14 |
| **Expires:** | 2011-02-25 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: verizaon.net@privacy.above.com |

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC
Contact: +613.95897946

    Domain Name: VERIZAON.NET

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizaon.net@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2008-02-26
    Expiration Date: 2011-02-25

    Domain servers in listed order
        ns5.above.com
        ns6.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizaon.net@privacy.above.com
        Tel. +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizaon.net@privacy.above.com
        Tel. +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU

EXHIBIT    9
PAGE    727





**verizionbusiness.com on 2010-11-13 - Domain History**

Enter a domain name to get its history

Domain Name: [verizionbusiness.com] [Search]

« Previous                                                                                   Next »

| | |
|---|---|
| **Domain:** | verizionbusiness.com - Domain History |
| **Cache Date:** | 2010-11-13 |
| **Registrar:** | ABOVE.COM PTY LTD. |
| **Server:** | whois.above.com |
| **Created:** | 2009-03-31 |
| **Updated:** | 2010-05-08 |
| **Expires:** | 2011-03-31 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: verizionbusiness.com@privacy.above.com |

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: VERIZIONBUSINESS.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionbusiness.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2009-04-01
    Expiration Date: 2011-04-01

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionbusiness.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionbusiness.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU

EXHIBIT ___9___
PAGE ___128___





**verizionworeless.com on 2010-12-15 - Domain History**

Enter a domain name to get its history

Domain Name: [verizionworeless.com]   Search!

« Previous

| | |
|---|---|
| **Domain:** | **verizionworeless.com** · Domain History |
| **Cache Date:** | 2010-12-15 |
| **Registrar:** | **ABOVE.COM PTY LTD.** |
| **Server:** | whois.above.com |
| **Created:** | 2009-11-19 |
| **Updated:** | 2010-07-08 |
| **Expires:** | 2011-11-19 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: verizionworeless.com@privacy.above.com |

```
The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC.
Contact: +613.95897946

    Domain Name: VERIZIONWORELESS.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionworeless.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2009-11-20
    Expiration Date: 2011-11-20

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionworeless.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        verizionworeless.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
```



EXHIBIT  9
PAGE  129



**DomainTools**

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more» |
| Power Tools | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

### verizob.net on 2007-11-30 - Domain History



Enter a domain name to get its history

Domain Name: [verizob.net]  [Search]

Next »

| | |
|---|---|
| **Domain:** | verizob.net - Domain History |
| **Cache Date:** | 2007-11-30 |
| **Registrar:** | MONIKER ONLINE SERVICES, INC. |
| **Server:** | whois.moniker.com |
| **Created:** | 2006-11-20 |
| **Updated:** | 2007-09-23 |
| **Expires:** | 2008-11-20 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: hostmaster@domainparkltd.com |

```
Domain Name: VERIZOB.NET

Registrant [344946]:
            Domain Park Limited
            Vaea Street
            Level 2, Lotemau Centre
            Apia
            Samoa
            0815
            WS

Administrative Contact [344946]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Vaea Street
            Level 2, Lotemau Centre
            Apia
            Samoa
            0815
            WS
            Phone: +1.2676535381

Billing Contact [344946]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Vaea Street
            Level 2, Lotemau Centre
            Apia
            Samoa
            0815
            WS
            Phone: +1.2676535381

Technical Contact [344946]:
            hostmaster hostmaster hostmaster@domainparkltd.com
            Domain Park Limited
            Vaea Street
            Level 2, Lotemau Centre
            Apia
            Samoa
            0815
            WS
            Phone: +1.2676535381

Domain servers in listed order:

            PNS1.TRELLIAN.COM       216.108.26.233
            PNS2.TRELLIAN.COM       209.132.99.10

            Record created on:      2006-11-20 07:53:44.0
            Database last updated on: 2007-09-23 10:02:34.77
            Domain Expires on:      2008-11-20 07:53:47.0
```

EXHIBIT 9
PAGE 130






**verizobn.net on 2008-01-15 - Domain History**

Enter a domain name to get its history

Domain Name: [veritobn.net]    Search

Next »

| | |
|---|---|
| **Domain:** | **verizobn.net** · Domain History |
| **Cache Date:** | 2008-01-15 |
| **Registrar:** | **MONIKER ONLINE SERVICES, INC.** |
| **Server:** | whois.moniker.com |
| **Created:** | 2007-09-13 |
| **Updated:** | 2007-09-13 |
| **Expires:** | 2008-09-13 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with. |
| | hostmaster@domainparkltd.com |

```
Domain Name: VERIZOBN.NET

Registrant [749612]:
              Domain Park Limited
              Markgrafenstr. 56
              Suite 131
              Berlin
              n/a
              10117
              DE

Administrative Contact [749612]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Markgrafenstr. 56
              Suite 131
              Berlin
              n/a
              10117
              DE
              Phone: +1.2676535381

Billing Contact [749612]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Markgrafenstr. 56
              Suite 131
              Berlin
              n/a
              10117
              DE
              Phone: +1.2676535381

Technical Contact [749612]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Markgrafenstr. 56
              Suite 131
              Berlin
              n/a
              10117
              DE
              Phone: +1.2676535381

Domain servers in listed order:
              PNS1.TRELLIAN.COM       216.188.26.233
              PNS2.TRELLIAN.COM       209.132.99.10

              Record created on:      2007-09-13 05:20:18.0
              Database last updated on: 2007-09-13 05:20:18.31
              Domain Expires on:      2008-09-13 05:20:18.0
```

EXHIBIT ___9___
PAGE ___131___





EXHIBIT ___9___
PAGE ___132___





**verizwireless.com on 2007-12-25 - Domain History**

EXHIBIT   9
PAGE   133





## verizxon.net on 2008-01-10 - Domain History



EXHIBIT 9
PAGE 134



EXHIBIT 9
PAGE 135





**verozonwirless.com on 2008-12-03 - Domain History**



EXHIBIT 9
PAGE 136





### vierizon.net on 2008-01-05 - Domain History

Enter a domain name to get its history

Domain Name: [vierizon.net]   [Search]

Next »

| | |
|---|---|
| **Domain:** | vierizon.net · Domain History |
| **Cache Date:** | 2008-01-05 |
| **Registrar:** | MONIKER ONLINE SERVICES, INC. |
| **Server:** | whois.moniker.com |
| **Created:** | 2007-07-19 |
| **Updated:** | 2007-07-19 |
| **Expires:** | 2008-07-19 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with. hostmaster@domainparkltd.com |

Domain Name: VIERIZON.NET

Registrant [344946]:
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS

Administrative Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Billing Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Technical Contact [344946]:
        hostmaster hostmaster hostmaster@domainparkltd.com
        Domain Park Limited
        Vaea Street
        Level 2, Lotemau Centre
        Apia
        Samoa
        0815
        WS
        Phone: +1.2676535381

Domain servers in listed order:
        PNS1.TRELLIAN.COM        216.188.26.233
        PNS2.TRELLIAN.COM        209.132.99.10

        Record created on:        2007-07-19 17:49:15.6
        Database last updated on: 2007-07-19 17:49:15.837
        Domain Expires on:        2008-07-19 17:49:15.0

EXHIBIT 9
PAGE 137






EXHIBIT 9
PAGE 138





**vznam.net on 2011-01-04 - Domain History**

EXHIBIT 9
PAGE 139





**DomainTools**

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more? |
| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

### vzwap.com on 2011-01-07 - Domain History

Enter a domain name to get its history

**Domain Name:** vzwap.com    Search

« Previous                                                                                               Next »

| | |
|---|---|
| **Domain:** | vzwap.com - Domain History |
| **Cache Date:** | 2011-01-07 |
| **Registrar:** | ABOVE.COM PTY LTD. |
| **Server:** | whois.above.com |
| **Created:** | 2009-03-02 |
| **Updated:** | 2009-08-05 |
| **Expires:** | 2011-03-02 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: vzwap.com@privacy.above.com |

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.Registration Service Provided By: ABOVE.COM, INC
Contact  +613.95897946

    Domain Name: VZWAP.COM

    Registrant:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        vzwap.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Creation date: 2009-03-02
    Expiration Date: 2011-03-02

    Domain servers in listed order:
        ns3.above.com
        ns4.above.com

    Administrative Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        vzwap.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Technical Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU
        vzwap.com@privacy.above.com
        Tel. +61.395897946
        Fax.

    Billing Contact:
        Above.com Domain Privacy
        8 East concourse
        Beaumaris
        VIC
        3193
        AU

EXHIBIT ___9___
PAGE ___140___





**vzwpixs.net on 2007-12-18 - Domain History**

Enter a domain name to get its history

Domain Name: vzwpixs.net   [Search]

Next »

Domain:        vzwpixs.net - Domain History
Cache Date:    2007-12-18
Registrar:     MONIKER ONLINE SERVICES, INC.
Server:        whois.moniker.com
Created:       2007-04-07
Updated:       2007-04-20
Expires:       2008-04-07
Reverse Whois: Click on an email address we found in this whois record
               to see which other domains the registrant is associated with
               hostmaster@domainparkltd.com

Domain Name: VZWPIXS.NET

Registrant [344946]:
              Domain Park Limited
              Vaea Street
              Level 2, Lotemau Centre
              Apia
              Samoa
              0815
              WS

Administrative Contact [344946]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Vaea Street
              Level 2, Lotemau Centre
              Apia
              Samoa
              0815
              WS
              Phone: +1.2676535381

Billing Contact [344946]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Vaea Street
              Level 2, Lotemau Centre
              Apia
              Samoa
              0815
              WS
              Phone: +1.2676535381

Technical Contact [344946]:
              hostmaster hostmaster hostmaster@domainparkltd.com
              Domain Park Limited
              Vaea Street
              Level 2, Lotemau Centre
              Apia
              Samoa
              0815
              WS
              Phone: +1.2676535381

Domain servers in listed order:
              PNS1.TRELLIAN.COM       216.188.26.233
              PNS2.TRELLIAN.COM       209.132.99.10

              Record created on:     2007-04-07 05:30:10.0
              Database last updated on: 2007-04-20 02:35:00.623
              Domain Expires on:     2008-04-07 05:30:11.0

EXHIBIT  9
PAGE   141