NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
Pasadena, CA 91105
Tel. (626) 795-9900
Fax  (626) 577-8800

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company,<br><br>Plaintiff(s),<br><br>v.<br><br>Above.Com PTY LTD; Trellian Limited; Trellian LLC; David Warmuz; Rene Warmuz a/k/a Ren Warmuz; and Does 1-10,<br><br>Defendant(s) | CASE NUMBER: CV11-00973MMM(AJWx)<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Verizon California Inc.; Verizon Trademark Services LLC; Verizon Licensing Company
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Verizon California Inc. | Plaintiff |
| Verizon Trademark Services LLC | Plaintiff |
| Verizon Licensing Company | Plaintiff |
| Verizon Communications Inc. | Parent corporation |

February 1, 2011
_____
Date

_____
Sign

Howard A. Kroll, Attorney for Plaintiffs
_____
Attorney of record for or party appearing in pro per