1  DAVID J. STEELE, CA Bar No. 209797
   Email: djslit@cph.com
2  CHRISTIE, PARKER & HALE, LLP
   3501 Jamboree Road, Suite 6000-North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  HOWARD A. KROLL, CA Bar No. 100981
   Email: howard.kroll@cph.com
6  CHRISTIE, PARKER & HALE, LLP
   350 W. Colorado Boulevard, Suite 500
7  Pasadena, CA 91105
   Telephone: (626) 795-9900
8  Facsimile: (626) 577-8800

9  Attorneys for Plaintiffs
   VERIZON CALIFORNIA INC.
10 VERIZON TRADEMARK SERVICES LLC
   VERIZON LICENSING COMPANY
11

12                UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA
14                      WESTERN DIVISION
15

16 VERIZON CALIFORNIA INC.;         Case No.
   VERIZON TRADEMARK SERVICES
17 LLC; and VERIZON LICENSING       CV11-00973 MMM (AJWx)
   COMPANY,
18
                    Plaintiffs,     CORPORATE DISCLOSURE
19      vs.                         STATEMENT
20 ABOVE.COM PTY LTD; TRELLIAN
   LIMITED; TRELLIAN LLC;
21 DAVID WARMUZ; RENE WARMUZ
   a/k/a REN WARMUZ; AND DOES
22 1-10,
23                  Defendants.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiffs make the following statements:

Verizon California Inc. is a wholly owned subsidiary of GTE Corporation, a New York corporation, with a principal business address in New York, New York. GTE Corporation is an indirect wholly owned subsidiary of Verizon Communications Inc., a publicly traded company and a Delaware corporation, with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Verizon Trademark Services LLC's sole member is Verizon Communications Inc., a publicly traded company and a Delaware corporation, with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

Verizon Licensing Company is a wholly owned subsidiary of Verizon Communications Inc., a publicly traded company and a Delaware corporation with a principal business address in New York, New York. No publicly held corporation owns 10% or more of the stock of Verizon Communications Inc.

CHRISTIE, PARKER & HALE, LLP

Dated: February 1, 2011      By _____
David J. Steele
Howard A. Kroll

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

SCL IRV1120393.1-*-02/1/11 9:14 AM