1   **DAVID J. STEELE, CA Bar No. 209797**
    Email:  djslit@cph.com
2   **CHRISTIE, PARKER & HALE, LLP**
    **3501 Jamboree Road, Suite 6000-North Tower**
3   **Newport Beach, CA  92660**
    **Telephone:  (949) 476-0757**
4   **Facsimile:  (949) 476-8640**

5   **HOWARD A. KROLL, CA Bar No. 100981**
    Email:  howard.kroll@cph.com
6   **CHRISTIE, PARKER & HALE, LLP**
    **350 West Colorado Boulevard, Suite 500**
7   **Pasadena, California 91105**
    **Telephone:  (626) 795-9900**
8   **Facsimile:  (626) 577-8800**

9   Attorneys for Plaintiffs
    VERIZON CALIFORNIA INC.
10  VERIZON TRADEMARK SERVICES LLC
    and VERIZON LICENSING COMPANY

11

12                  UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15

16  VERIZON CALIFORNIA INC.;          Case No. **CV11-00973** MMM (AJWx)
    VERIZON TRADEMARK SERVICES
17  LLC; and VERIZON LICENSING
    COMPANY,

18          Plaintiffs,                **NOTICE OF RELATED CASES**

19      vs.

20  ABOVE.COM PTY LTD; TRELLIAN
21  LIMITED; TRELLIAN LLC;
    DAVID WARMUZ; RENE WARMUZ
22  a/k/a REN WARMUZ; AND DOES
    1-10;
23          Defendants.

24

25

26

27

28

1        Pursuant to Local Civil Rule 83-1.3.1, the undersigned, counsel of record

2   for Plaintiffs VERIZON CALIFORNIA INC., VERIZON TRADEMARK

3   SERVICES LLC; and VERIZON LICENSING COMPANY (collectively,

4   "Plaintiffs"), submit this Notice to inform the Court of the existence of other

5   actions previously filed or currently pending in the Central District of California

6   that are related to this case.

7        1.    *Verizon California Inc.; Cellco Partnership d/b/a Verizon Wireless;*

8   *Verizon Wireless (VAW) LLC d/b/a Verizon Wireless; Verizon Trademark*

9   *Services LLC; and Verizon Licensing Company v. Maltuzi LLC; and Teppo*

10  *Salonen.*  This case was filed in the U.S. District Court for the Central District of

11  California, Western Division, Case No. CV-07-1732 PA (JCx) on March 15, 2007

12  and a preliminary injunction was issued on June 19, 2007.  Judge Anderson has

13  since recused himself from cases involving Plaintiffs.

14       2.    *Verizon California Inc.; Cellco Partnership d/b/a Verizon Wireless;*

15  *Verizon Wireless (VAW) LLC d/b/a Verizon Wireless; Verizon Trademark*

16  *Services LLC; and Verizon Licensing Company v. Ultra RPM, Inc. d/b/a Privacy*

17  *Registration.*  This case was filed in the U.S. District Court for the Central

18  District of California, Western Division, Case No. CV-07-2587 ABC (CWx) on

19  April 18, 2007 and a Final Judgment and Permanent Injunction was stipulated by

20  all parties and ordered by Judge Collins on March 11, 2008.

21       3.    *Verizon California Inc.; Verizon Trademark Services LLC, and*

22  *Verizon Licensing Company v. Navigation Catalyst Systems, Inc. and Basic*

23  *Fusion, Inc..*  This case was filed in the U.S. District Court for the Central District

24  of California, Western Division, Case No. CV-08-02463 ABC (Ex) on April 15,

25  2008 and a Final Judgment and Permanent Injunction was stipulated by all parties

26  and ordered by Judge Collins on October 22, 2008.

27       4.    *Verizon California Inc.; Verizon Trademark Services LLC, and*

28  *Verizon Licensing Company v. Lead Networks Domains Private Limited; Naresh*

1  *Malik a/k/a Nick M.; Mahesh Malik; Kevin Daste; and DOES 1-100* (the "Lead

2  Networks Action").  This case was filed in the U.S. District Court for the Central

3  District of California, Western Division, Case  No. CV-09-0613 ABC (CWx) on

4  January 27, 2009.  A final Judgment against Defendants Lead Networks Domains

5  Private Limited and Naresh Malik a/k/a Nick M. was ordered by Judge Collins on

6  October 1, 2009, and a Final Judgment against Mahesh Malik was ordered by

7  Judge Collins on January 10, 2011.  Plaintiffs have filed the instant action based

8  on discovery produced by third parties in response to subpoenas issued in the

9  Lead Networks Action.

10  All of these actions were (and are) brought by Plaintiffs for cybersquatting

11  on Plaintiffs' Marks under 15 U.S.C. § 1125(d).  As such, they arise from the

12  same or substantially identical transactions, happenings or events; call for

13  determination of the same or substantially related or similar questions of law and

14  fact; and involve the same trademarks.  For these reasons, if this case is not heard

15  by Judge Collins, it will entail substantial duplication of labor, and could lead to

16  inconsistent results.

17

18  Dated:  February 1, 2011          Respectfully submitted,

19                                                    CHRISTIE, PARKER & HALE, LLP

20                                   By

21                                                    David J. Steele
                                                     Howard A. Kroll

22

23                                                    Attorneys for Plaintiffs,
                                                     VERIZON CALIFORNIA INC.

24                                                    VERIZON TRADEMARK SERVICES LLC
                                                     VERIZON LICENSING COMPANY

25
        SCL IRV1120397.1-*-02/1/11 9:16 AM
26

27

28