**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERIZON CALIFORNIA INC., ET AL., | CASE NUMBER: CV 11-00973 MMM (AJWx) |
| PLAINTIFF/PETITIONER(S), | |
| v. | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05 |
| ABOVE.COM PTY LTD., ET AL., | |
| DEFENDANT/RESPONDENT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of (*please use additional sheets if necessary*): the fact that Judge Morrow owns stock in Verizon Communications.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 08-05.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: February 3, 2011

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Mariana R. Pfaelzer___. On all documents subsequently filed in this case, please substitute the initials ___MRP___ after the case number in place of the initials of the prior Judge so that the case number will read: CV 11-00973 MRP(AJWx).

This is very important because documents are routed to the assigned Judge by means of the **initials.**

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

X  Western     ☐ Southern     ☐ Eastern Division.

**Subsequent documents must be filed at the    X  Western     ☐ Southern     ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (04/08)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 08-05