DAVID J. STEELE, CA Bar No. 209797
Email: djslit@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000-North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs,
VERIZON CALIFORNIA, INC.,
VERIZON TRADEMARK SERVICES LLC,
and VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA, INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a REN WARMUZ; and DOES 1-10,<br><br>Defendants. | Case No. CV11-00973 ABC (CWx)<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON RENE WARMUZ a/k/a REN WARMUZ** |

CHRISTIE, PARKER & HALE, LLP

```
David J. Steele, CA Bar No. 209797
Howard A. Kroll, CA Bar No. 100981
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Blvd., Suite 500
Pasadena, CA 91105     626-795-9900
Attorneys for Plaintiffs
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Verizon California, Inc.; Verizon Trademark Services LLC; and Verizon Licensing Company<br>Plaintiff(s)<br>v.<br>Above.Com PTY LTD; Trellian Limited; Trellian LLC; David Warmuz; Rene Warmuz a/k/a Ren Warmuz; and Does 1-10<br>Defendant(s) | CASE NUMBER:<br>CV11-00973 ABC(CWx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
                                                        [ ] second amended complaint
                                                        [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHMENT "A"

2. **Person served**:
   a. [X] Defendant *(name)*: RENE WARMUZ A/K/A REN WARMUZ
   b. [ ] Other *(specify name and title or relationship to the party/business named)*:

   c. [X] Address where papers were served: 101 WILSHIRE BLVD., SANTA MONICA, CA 90401

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: FEBRUARY 1, 2011   at *(time)*: 5:00 PM

   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                                    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   JOSE SOLIS   Reg. #1088 San Bernardino
   NTI SANTONI
   26741 PORTOLA PKWY., #1E448
   FOOTHILL RANCH, CA 92610
   800-498-1097
   PI 24462

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: FEBRUARY 7, 2011

_____ (Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                 PAGE 2

ATTACHMENT "A"

-CORPORATE DISCLOSURE STATEMENT

-NOTICE OF RELATED CASES

-CERTIFICATION AND NOTICE OF INTERESTED PARTIES

-CIVIL COVER SHEET

-NOTICE OF CASE ASSIGNMENT

-NOTICE TO PARTIES OF ADR PROGRAM

-REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

-COURT INFORMATION RE NEW CIVIL ACTIONS

-NOTICE TO COUNSEL RE CONTINUING OBLIGATIONS

-U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CIVILITY AND PROFESSIONAL GUIDELINES

-U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, CLERK'S OFFICE - SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC