| | |
|---|---|
| 1 | Derek A. Newman, State Bar No. 190467 |
| | derek@newmanlaw.com |
| 2 | John Du Wors, State Bar No. 233913 |
| | duwors@newmanlaw.com |
| 3 | Newman Du Wors LLP |
| | 1201 Third Avenue, Suite 1600 |
| 4 | Seattle, WA  98101 |
| | Telephone:   (206) 274-2800 |
| 5 | Facsimile:   (206) 274-2801 |
| 6 | Attorneys for Defendants |
| | ABOVE.COM PTY LTD, TRELLIAN |
| 7 | LIMITED, TRELLIAN LLC, DAVID |
| | WARMUZ, and RENE WARMUZ |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY, | Case No. 2:11-cv-00973-ABC -CW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, and RENE WARMUZ TO RESPOND TO INITIAL COMPLAINT |
| v. | |
| ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a/ REN WARMUZ; AND DOES 1-10, | |
| Defendants. | |

This Court, having read and considered the papers submitted by the parties, and finding good cause therefor, orders that the Stipulation to Extend Time for Defendants Above.com Pty Ltd, Trellian Limited, Trellian LLC, and Rene Warmuz (collectively, "Trellian") to Respond to the Complaint filed by Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Verizon") is GRANTED.

Trellian shall answer or otherwise respond to Verizon's Complaint on or

before May 8, 2011.

  IT IS SO ORDERED.

  DATED this 23rd day of March, 2011.

*[signature: Audrey B. Collins]*

           Honorable Audrey B. Collins
           U.S. District Court Judge

Presented by:

**NEWMAN DU WORS LLP**

By: s/ John Du Wors
Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Defendants
ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, AND RENE WARMUZ