1  Derek A. Newman, State Bar No. 190467
   derek@newmanlaw.com
2  John Du Wors, State Bar No. 233913
   duwors@newmanlaw.com
3  NEWMAN DU WORS LLP
   1201 Third Avenue, Suite 1600
4  Seattle, WA  98101
   Telephone: (206)  274-2800
5  Facsimile: (206)  274-2801

6  Attorneys for Defendants
   ABOVE.COM PTY LTD, TRELLIAN
7  LIMITED, TRELLIAN LLC, DAVID
   WARMUZ, and RENE WARMUZ
8

9
              **UNITED STATES DISTRICT COURT**
10
              **CENTRAL DISTRICT OF CALIFORNIA**
11
                   **WESTERN DIVISION**
12

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a/ REN WARMUZ; AND DOES 1-10,<br><br>  Defendants. | Case No. 2:11-cv-00973-ABC -CW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, DAVID WARMUZ, and RENE WARMUZ TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served:<br>February 1, 2011<br><br>Current Response Date:<br>May 8, 2011<br><br>New Response Date:<br>May 23, 2011 |

23     WHEREAS, Plaintiffs Verizon California Inc., Verizon Trademark Services

24  LLC, and Verizon Licensing Company (collectively, "Verizon") filed the

25  Complaint in the above action on February 1, 2011;

26     WHEREAS, Defendants Above.com Pty Ltd, Trellian Limited, Trellian

27  LLC, David Warmuz, and Rene Warmuz's (collectively, "Trellian") deadline for

28  answering or otherwise responding to the Complaint is May 8, 2011;

1  WHEREAS, the parties have agreed that Trellian may answer or otherwise
2  respond to the Complaint on or before May 23, 2011;
3  WHEREAS, as indicated by the accompanying Declaration of Derek
4  Newman, good cause exists for granting the requested extension of time,
5  specifically, that Verizon and Trellian are engaging in settlement discussions, and
6  the requested continuance will allow Verizon and Trellian to continue moving
7  towards settlement;
8  WHEREAS, Trellian sought and received two prior extensions of time to
9  answer or otherwise respond to the Complaint;
10  WHEREAS, Trellian has worked diligently with Verizon's counsel to
11  prepare this Stipulation;
12  WHEREAS, without the requested extension of time, settlement
13  negotiations between the parties may breakdown;
14  WHEREAS, during the extended time, the parties plan to continue
15  settlement discussions which may resolve the case; now, therefore,
16  IT IS HEREBY STIPULATED, by and between Verizon and Trellian, that
17  Trellian's deadline for answering or otherwise responding to the Complaint is
18  extended to May 23, 2011.
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27
28

1  Dated this 7th day of May, 2011.

2  Respectfully Submitted,

3

| s/ Derek A. Newman | s/ Howard Kroll |
|---|---|
| Derek A. Newman, State Bar No. 190467<br>derek@newmanlaw.com<br>John Du Wors, State Bar No. 233913<br>duwors@newmanlaw.com<br>1201 Third Avenue, Suite 1600<br>Seattle, WA  98101<br>Telephone: (206)   274-2800<br>Facsimile: (206)   274-2801<br><br>Attorneys for Defendants<br>ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, DAVID WARMUZ and RENE WARMUZ | Howard A. Kroll, State Bar No. 100981<br>Howard.kroll@cph.com<br>David J. Steele, State Bar No. 209797<br>djslit@cph.com<br>350 West Colorado Boulevard, Suite 500<br>Pasadena, CA  91109-7068<br>Telephone: (626)   795-9900<br>Facsimile: (626)   577-8800<br><br>Attorneys for Plaintiffs VERIZON CALIFORNIA, INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY |