Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Defendants
ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, DAVID WARMUZ, and RENE WARMUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a/ REN WARMUZ; AND DOES 1-10,<br><br>Defendants. | Case No. 2:11-cv-00973-ABC -CW<br><br>**DECLARATION OF DEREK NEWMAN IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANTS ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, and RENE WARMUZ TO RESPOND TO INITIAL COMPLAINT** |

I, DEREK NEWMAN, declare as follows:

1.   I am an attorney at Newman Du Wors LLP, which firm is counsel for Defendants Above.com Pty Ltd, Trellian Limited, Trellian LLC, David Warmuz and Rene Warmuz (collectively, "Trellian"). The matters set forth in this declaration are true and correct and based on my own personal knowledge, and if called upon to testify to these matters, I could and would do so competently.

2.   Trellian's deadline for answering or otherwise responding to the

Complaint is May 8, 2011.

    3.    Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company (collectively, "Verizon") and Trellian have agreed that Trellian may answer or otherwise respond to the Complaint on or before May 23, 2011.

    4.    Good cause exists for granting the requested extension of time and amendment of the Complaint. Specifically, Verizon and Trellian are engaging in settlement discussions, and without the requested extension of time, settlement negotiations between the parties may breakdown.  The requested extension will allow Verizon and Trellian to continue moving towards settlement.

    5.    Trellian has worked diligently with Verizon to prepare this Stipulation.

I declare under penalty of perjury in accordance with the laws of the United States that the foregoing is true and correct.

Dated this 7th day of May, 2011.

_____
Derek Newman