Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Blvd, Suite 950
Santa Monica, CA 90401
Telephone:   (310) 359-8200
Facsimile:    (310) 359-8190

Attorneys for Defendants
ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, DAVID WARMUZ, and RENE WARMUZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a/ REN WARMUZ; AND DOES 1-10,<br><br>Defendants. | Case No. CV11-00973 ABC-CW<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC, AND DAVID AND RENE WARMUZ FOR PARTIAL DISMISSAL UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Date: July 18, 2011<br>Time: 10:00 a.m.<br>The Honorable Audrey B. Collins<br>Roybal Courthouse |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 18, 2011, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Audrey B. Collins, located in Courtroom 680 at 255 East Temple Street, Los Angeles, California 90012, Defendants Above.Com Pty Ltd, Trellian Limited, Trellian LLC, and David and Rene Warmuz will, and hereby do, move the Court for partial dismissal of

Plaintiff's causes of action alleged in the complaint filed in the above-captioned lawsuit.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) and 15 U.S.C. §§ 1114 and 1125. The purpose of this motion is to request the Court to dismiss Plaintiff's Second Cause of Action in its entirety. This claim asserts a cause of action, contributory cybersquatting, that does not have a basis in law.

The Anticybersquatting Consumer Protection Act (ACPA) provides a cause of action for an owner of a distinctive or famous trademark against a person who "(i) has a bad faith intent to profit from that mark . . . and (ii) registers, traffics in, or uses a domain name that . . . is identical or confusingly similar to that mark". 15 U.S.C. § 1125(d)(1)(A)(i)-(ii).  Verizon asks this Court to expand the ACPA to include any person who provides a service that is used by a cybersquatter, regardless of the intent of the service provider.  Verizon's novel cause of action makes innocent behavior illegal and finds no support in the legislative history or plain language of the ACPA.

This Motion is based on this Notice of Motion and Motion, and the supporting Memorandum of Points and Authorities, each of which is served and filed concurrently herewith; the entire record on file in this action; and any other or further papers filed or arguments made in support of the motion at or before the hearing thereon.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 29, 2011.

//
//
//
//
//

Dated this 23rd day of May 2011.

                Respectfully Submitted,

                s/ Derek Newman

                Derek A. Newman, State Bar No. 190467
                derek@newmanlaw.com
                John Du Wors, State Bar No. 233913
                duwors@newmanlaw.com

                Attorneys for Defendants
                ABOVE.COM PTY LTD, TRELLIAN
                LIMITED, TRELLIAN LLC,
                and DAVID and RENE WARMUZ