NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DUWORS LLP
100 Wilshire Boulevard
Suite 950
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

ATTORNEYS FOR: Discount Video Center, Inc. d/b/a Sin City

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERIZON CALIFORNIA INC. et al., <br><br> Plaintiff(s), <br> v. <br> ABOVE.COM PTY LTD et al., <br><br> Defendant(s) | CASE NUMBER: <br> CV11-00973 ABC-CW <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Above.Com Pty Ltd, Trellian Limited, Trellian LLC, and David and Rene Warmuz
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

1. Above.com PTY LTD                           1. Defendant
2. Trellian Limited                            2. Defendant
3. Trellian LLC                                3. Defendant
4. David Warmuz                                4. Defendant
5. Rene Warmuz                                 5. Defendant
6. Verizon California, Inc.                    6. Plaintiff
7. Verizon Trademark Services, LLC             7. Plaintiff
8. Verizon Licensing Company                   8. Plaintiff

May 24, 2011

Date                                          Sign

                                              Derek Newman, attorney of record for Defendants Above.com et al.
                                              Attorney of record for or party appearing in pro per

CV-30 (04/10)                          **NOTICE OF INTERESTED PARTIES**