David J. Steele, CA Bar No. 209797
CHRISTIE, PARKER & HALE, LLP
18101 Von Karman Ave., Suite 1950
Irvine, CA  92612-0163
Tel. (949) 476-0757  Fax (949) 476-8640
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S)<br>v.<br>DEFENDANT(S). | CASE NUMBER<br><br>**ADR PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation?  Please outline with specificity the type(s) of discovery and proposed completion date(s).  Please outline any areas of disagreement in this regard.  Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

_____
_____
_____
_____
_____
_____
_____

(2) What are the damage amounts being claimed by each plaintiff?  Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

_____
_____
_____
_____
_____
_____
_____

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

    Yes ☐        No ☐

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                       ☐ Age Discrimination

☐ 42 U.S.C. §1983                     ☐ California Fair Employment and Housing Act

☐ Americans with Disabilities Act of 1990     ☐ Rehabilitation Act

☐ Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

_____        /s/David J. Steele
*Date*                                  *Attorney for Plaintiff (Signature)*

                                              *Attorney for Plaintiff (Please print full name)*

_____
*Date*                                  *Attorney for Defendant (Signature)*

                                          Derek A. Newman
                                          *Attorney for Defendant (Please print full name)*