Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
John Du Wors, State Bar No. 233913
duwors@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 950
Santa Monica, CA  90401
Attorneys for Defendants
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

Attorneys for Defendants
ABOVE.COM PTY LTD, TRELLIAN
LIMITED, TRELLIAN LLC, DAVID
WARMUZ, and RENE WARMUZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a/ REN WARMUZ; AND DOES 1-10,<br><br>Defendants. | Case No. 2:11-cv-00973-ABC -CW<br><br>**STIPULATION AND JOINT REQUEST TO ALLOW ELECTRONIC EQUIPMENT AT HEARINGS AND CONFERENCES** |

TO THE HONORABLE AUDREY B. COLLINS AND TO ALL OTHER INTERESTED PARTIES:

WHEREAS, the Judges' Procedures and Schedules for the Honorable Audrey B. Collins provides that "there are no occasions when electronic equipment is allowed in the courtroom without the Court's prior approval";

WHEREAS, this is a complex matter with numerous electronic documents;

Therefore, Verizon and Trellian STIPULATE that each party be allowed to bring a laptop to court, and respectfully request that the Court allow each lawyer to bring into the

**STIPULATION AND REQUEST TO ALLOW ELECTRONIC EQUIPMENT**

courtroom for any hearings and conferences a single laptop for the purpose of taking notes and referring to electronic documents.

Dated this 15th day of July, 2011.

Respectfully Submitted,

| | |
|---|---|
| s/ Derek Newman<br>Derek A. Newman, State Bar No. 190467<br>derek@newmanlaw.com<br>John Du Wors, State Bar No. 233913<br>duwors@newmanlaw.com<br>100 Wilshire Boulevard, Suite 950<br>Santa Monica, CA  90401<br>Attorneys for Defendants<br>Telephone:    (310) 359-8200<br>Facsimile:     (310) 359-8190<br><br>Attorneys for Defendants<br>ABOVE.COM PTY LTD, TRELLIAN LIMITED, TRELLIAN LLC,<br>and RENE WARMUZ | s/ David Steele<br>David J. Steele, State Bar No. 209797<br>djslit@cph.com<br>Howard A. Kroll, State Bar No. 100981<br>Howard.kroll@cph.com<br>350 West Colorado Boulevard, Suite 500<br>Pasadena, CA  91109-7068<br>Telephone:    (626) 795-9900<br>Facsimile:     (626) 577-8800<br><br>Attorneys for Plaintiffs VERIZON CALIFORNIA, INC., VERIZON TRADEMARK SERVICES LLC, and VERIZON LICENSING COMPANY |

**STIPULATION AND REQUEST TO ALLOW ELECTRONIC EQUIPMENT**