DAVID J. STEELE, CA Bar No. 209797
Email: djslit@cph.com
CHRISTIE, PARKER & HALE, LLP
18101 Von Karman Ave., Suite 1950
Irvine, CA 92612-0163
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

HOWARD A. KROLL, CA Bar No. 100981
Email: howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiffs
VERIZON CALIFORNIA INC.
VERIZON TRADEMARK SERVICES LLC
VERIZON LICENSING COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a REN WARMUZ; and DOES 1-10,<br><br>    Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>OLIVER GOLDSMITH,<br><br>    Third-Party Defendant. | Case No. CV 11-00973 ABC (CWx)<br><br>**STIPULATED NOTICE OF SETTLEMENT**<br><br>Hon. Audrey B. Collins |

1. Pursuant to Local Rule 16-15.7, Plaintiffs Verizon California Inc., Verizon Trademark Services LLC, and Verizon Licensing Company and Defendants Above.com Pty Ltd, Trellian Limited, Trellian LLC, David Warmuz, and Rene Warmuz (collectively, the "Parties") file this Notice of Settlement.

2. Third-Party Defendant Oliver Goldsmith ("Goldsmith") has not appeared in this Action.

3. The Parties and Goldsmith have entered into a confidential settlement agreement ("Confidential Settlement Agreement") that, once fully performed, resolves all claims in this Action. The Confidential Settlement Agreement requires performance until June 30, 2014.

4. The Parties have also agreed to enter into a Tolling Agreement, tolling the statute of limitations until August 31, 2014. The Tolling Agreement will permit the Parties to dismiss the current Action without prejudice, but allow a new action to be filed should the required performance under the Settlement Agreement not be performed. The Parties are in the process of executing the Tolling Agreement, however, because Defendants are overseas and/or currently traveling, execution of the Tolling Agreement has been delayed.

5. Upon execution of the Tolling Agreement, the Parties will dismiss the Action without prejudice.

6. In view of the above information, the Parties request that all upcoming deadlines and hearings be vacated (including the Pre Trial Conference on September 17, 2012 and Trial scheduled to begin on October 2, 2012), and the Parties be given until October 12, 2012 to file papers dismissing the Action without prejudice.

SIGNATURES APPEAR ON NEXT PAGE.

| | | |
|---|---|---|
| 1 | Dated: August 20, 2012 | Respectfully submitted, |
| 2 | | CHRISTIE, PARKER & HALE, LLP |
| 3 | | By /s/David J. Steele |
| 4 | | David J. Steele<br>Howard A. Kroll |
| 5 | | Attorneys for Plaintiffs |
| 6 | | VERIZON CALIFORNIA INC.<br>VERIZON TRADEMARK SERVICES LLC |
| 7 | | VERIZON LICENSING COMPANY |
| 9 | Dated: August 20, 2012 | NEWMAN DU WORS LLP |
| 11 | | By /s/Derek A. Newman (w/permission)<br>Derek A. Newman<br>John Du Wors |
| 13 | | Attorneys for Defendants<br>ABOVE.COM PTY LTD<br>TRELLIAN LIMITED<br>TRELLIAN LLC<br>DAVID WARMUZ<br>RENE WARMUZ |

LLB PAS1189660.1-*-08/20/12 11:58 AM