JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.; VERIZON TRADEMARK SERVICES LLC; and VERIZON LICENSING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ABOVE.COM PTY LTD; TRELLIAN LIMITED; TRELLIAN LLC; DAVID WARMUZ; RENE WARMUZ a/k/a REN WARMUZ; and DOES 1-10,<br><br>Defendants and Third-Party Plaintiffs,<br><br>vs.<br><br>OLIVER GOLDSMITH,<br><br>Third-Party Defendant. | Case No. CV 11-00973 ABC (CWx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS CASE WITHOUT PREJUDICE**<br><br><br>**Hon. Audrey B. Collins** |

Pursuant to the Stipulation of Plaintiffs, Verizon California Inc., Verizon Trademark Services, LLC, and Verizon Licensing Company ("Plaintiffs") and Defendants, Above.Com Pty Ltd, Trellian Limited, Trellian LLC, David Warmuz, and Rene Warmuz a/k/a Ren Warmuz ("Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties"), and good cause appearing:

1.   Plaintiffs' Complaint is dismissed without prejudice.

2.   Third-Party Defendant Oliver Goldsmith ("Goldsmith") has not appeared in this Action.

3.   The Parties and Goldsmith have entered into a confidential settlement agreement ("Confidential Settlement Agreement") that, once fully performed, resolves all claims in this Action. The Confidential Settlement Agreement requires performance until June 30, 2014.

4.   The Parties have entered into a tolling agreement ("Tolling Agreement"), tolling the statute of limitations for all claims pending in this Action until August 31, 2014. The Tolling Agreement permits the Parties to dismiss the current Action without prejudice, and to file a new action should the performance required under the Confidential Settlement Agreement not be performed.

5.   All remaining upcoming deadlines and hearings on the Court docket are vacated.

6.   The Parties shall each bear their own attorneys' fees and costs.

7.   The Court shall retain jurisdiction of this matter.

**IT IS SO ORDERED.**

Dated: October 15, 2012

_Audrey B. Collins_
Audrey B. Collins
United States District Judge

LLB PAS1186225.1-*-10/12/12 2:00 PM